hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the judgment of the motion court is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

rape in the first degree. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Joshua SCRUGGS, Appellant.

No. ED 98117.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 26, 2013.

Ellen H. Flottman, Columbia, MO, for appellant.

Chris Koster, Andrew C. Hooper, Jefferson City, MO, for respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

*ORDER*

PER CURIAM.

Joshua Scruggs ("Appellant") appeals from the trial court's judgment, following a bench trial, convicting him of statutory

STATE of Missouri, Respondent,

v.

Gregory L. MOOREHEAD, Appellant.

No. ED 98160.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 26, 2013.

Rosalynn Koch, Columbia, MO, for appellant.

Chris Koster, Gregory L. Barnes, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Gregory Moorehead (Defendant) appeals the trial court's judgment entered after a